UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

IN RE:
**THOMAS S. KEATY, II**
    Debtor      CASE NO. 05-51007

CHAPTER 13

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR CONTEMPT AGAINST ROY RASPANTI

NOW INTO COURT, through undersigned counsel comes THOMAS S. KEATY, II (" Debtor") who respectfully represent:

1.

The Debtor filed his Chapter 13 case on April 18, 2005. In his Schedule F, the Debtor listed Roy Raspanti ("Raspanti") as an unsecured creditor.

2.

As the court is well aware Mr. Raspanti has taken a very aggressive position against this debtor and has continually attempted to collect this debt from the debtor despite the notifying on several occasions of the filing of this bankruptcy petition.

3.

On or about December 28, 2005, this honorable court issued a confirmation order confirming the case which confirmed plan provides certain payments to Raspanti as an unsecured creditor.

4.

On or about January 9, 2006, after the confirmation order was issued, Mr. Raspanti's counsel and/or agent Bruce Danner contacted Elizabeth Alston, the Debtor's lawyer, in an attempt to collect, and/or recover funds from the debtor on account of the claims which were listed in the Debtor's bankruptcy schedules.

5.

The action by Raspanti is a clear violation of the automatic stay as provided for 11 U.S.C. 362 and done with the specific purpose to harass this debtor into making payments outside of the payments that are provided for in the debtors confirmed plan.

6.

Additionally, Raspanti has specifically filed a Motion to Lift the Stay in this case which also is an attempt to harass this debtor into making payments to him over and above those set out in the plan of reorganization.

7.

Raspanti's actions constituted a willful to violate the automatic stay after the filing of the bankruptcy herein and further are evidence of his intentional acts to circumvent the Chapter 13 process. Debtor seek sanctions under the applicable bankruptcy code for punitive damages, attorney fees, and all other appropriate and available damages.

Wherefore after due proceedings had, the Debtor prays that Roy Raspanti be found in contempt of court and ordered to pay all appropriate and available sanctions, including punitive damages and attorney's fees for his willful violation of this automatic stay.

Dated: January 26, 2006            RESPECTFULLY SUBMITTED,

JOHN HAAS WEINSTEIN, APLC

BY:    /s/    John Haas Weinstein
      JOHN HAAS WEINSTEIN
      Post Office Box 8
      Opelousas, LA 70571-0008
      (337) 948-4700
      (337) 948-4172-fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

IN RE:

**THOMAS S. KEATY, II**            CASE NO: 05-51007

    Debtor                                                     Chapter 13

*************************************************************************

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have sent a copy of the foregoing **MOTION FOR CONTEMPT AGAINST ROY RASPANTI**, US Mail, postage prepaid and/or via ECF to; Keith Rodriguez, Chapter 13 Trustee, Post Office Box 3445, Lafayette, LA 70502-3445; Office of the United States Trustee, 300 Fannin Street, Suite 3196, Shreveport, LA 71101; Roy Raspanti, 110 Veterans Boulevard, Suite 360, Metairie, LA 70005; and to Thomas Keaty, 2140 WTC, No. 2 Canal Street, New Orleans, LA 70130.

Opelousas, Louisiana, this 26th day of January 2006.

                                                 /s/ Samantha M. O'Brien
                                                 SAMANTHA M. O'BRIEN
                                                 Bankruptcy Analyst