UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

In RE: THOMAS S. KEATY, II

CHAPTER 13

NO. 05-51007

FILED: _____          _____
                                DEPUTY CLERK

**FILED JUL 1 2 2006**
J. BARRY SANFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

## MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW INTO COURT, comes Roy Raspanti and respectfully requests that sanctions be rendered pursuant to Rule 11 of the Federal Rules of Civil Procedure against John Haas Weinstein, Thomas S. Keaty, II, Joseph P. Hebert and Liskow & Lewis, Attorneys at Law for the reasons more fully set out in the attached memorandum.

Respectfully submitted

_____
ROY RASPANTI, #11119
110 Veterans Boulevard – Ste. 360
Metairie, LA 70005-4930
Telephone: (504) 835-5388
Fax: (504) 837-5510

## CERTIFICATE OF SERVICE

This is to certify that a copy of this pleading has been delivered to all counsel of record either by depositing a copy of same in the U.S. mail, first class postage prepaid, or by hand delivery or by facsimile transmission on the 11 day of July, 2006 at their last known address of record. *

[signature]

* TO JOSEPH P. HEBERT ONLY

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

In RE: THOMAS S. KEATY, II

CHAPTER 13

NO. 05-51007

FILED: _____      _____
                              DEPUTY CLERK

**MEMORANDUM IN SUPPORT
OF MOTION FOR SANCTIONS PUSUANT TO RULE 11
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

As can be seen from Roy Raspanti's response to the Motion for Contempt against Roy Raspanti, filed by John Haas Weinstein, attorney for Thomas S. Keaty II (Keaty) and to be argued by co-counsel of record Joseph P. Hebert and the law firm of Liskow and Lewis, the allegations made therein have no evidentiary support and are based upon frivolous arguments alleged therein. It is respectfully submitted that said motion is presented to this Honorable Court for the improper purpose of harassing Roy Raspanti and in an attempt to intimidate him, and that same was filed for the improper purpose of causing unnecessary delay and needless increase in the cost of litigation to Roy Raspanti. As a result of this motion, he will have to call as a witness Bruce M. Danner, attorney at law, at the cost of $225.00 per hour.

Roy Raspanti's own time in defending against this baseless and frivolous Motion for Contempt will be at the cost of $185.00 per hour.

The claims made by John Haas Weinstein, Keaty, Joseph P. Hebert and the law firm of Liskow and Lewis (who enlisted as co-counsel of record to argue said motion) are unwarranted by any existing law or any non-frivolous argument.

It is respectfully submitted that defending this frivolous and baseless Motion for Contempt will cause Roy Raspanti thousands of dollars when travel time and the expense of litigating this issue are added up. For these reasons, Roy Raspanti respectfully requests, John Haas Weinstein, co-counsel of record Joseph P. Hebert and the law firm of Liskow and Lewis and Keaty be sanctioned pursuant to Rule 11 of the Federal Rules of Civil Procedure for the filing and litigation of the said Motion for Contempt.

Respectfully submitted

*[signature]*
ROY RASPANTI, #11119
110 Veterans Boulevard – Ste. 360
Metairie, LA 70005-4930
Telephone: (504) 835-5388
Fax: (504) 837-5510